**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-2245**

———————

MELDON S. HOLLIS, JR.,

Plaintiff - Appellant,

versus

ROBERT GORDON; TYDINGS & ROSENBERG,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-96-2474-WMN)

———————

Submitted:  February 13, 1997      Decided:  February 25, 1997

———————

Before WIDENER and HAMILTON, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Meldon Stonewall Hollis, Jr., Appellant Pro Se.  Frederick Charles
Leiner, TYDINGS & ROSENBERG, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his civil suit to enjoin the enforcement of a state court judgment and denying his motion for a temporary restraining order. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court. <u>Hollis v. Gordon</u>, No. CA-96-2474-WMN (D. Md. Aug. 20, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>